NOT FOR PUBLIC VIEW

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUN 26 AM 9:45
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
KNH DEPUTY

IN THE MATTER OF THE SEARCH OF )
)
) Case No. ~~08-cr-1969~~
**Storage Locker** )
**Wackenhut Transpiration Division** )
**311 Athey Avenu** ) '08 MJ 1932
San Diego, California 92173 )

## SEARCH WARRANT

TO: Any Special Agent of the United States Department of Homeland Security, Immigration and Customs Enforcement Office of Investigations and any Authorized Officer of the United States.

Affidavit(s) having been made before me by Lucia Cabral-DeArmas who has reason to believe that on the person or on the premises known as

Described in Attachment "A";

in the Southern District of California, there is now concealed a certain person or property, namely

Described in Attachment "B";

which is property that constitutes evidence of the commission of a criminal offense concerning a
violation of Title 8 United States Code, Section(s) 1324, and
violation of Title ______ United States Code, Section(s) ______, and
violation of Title ______ United States Code, Section(s) ______.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before 6-30-08
Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the issuing U.S. Magistrate Judge, as required by law.

6-20-08 @ 3:45PM at San Diego, CA
Date/Time issued City and State

**NITA L. STORMES**
**U.S. MAGISTRATE JUDGE**
Name and Title of Judicial Officer

[signature]
Signature of Judicial Officer

RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 20 JUN 08 | 23 JUN 08 1450 hrs | JR DAVIS, BPFOS |

INVENTORY MADE IN THE PRESENCE OF: KIM PAUL, CBP IA

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

1. clipboard w/ documents
2. manila folder w/ misc documents (ie.. policy books)

Nothing Further

CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

NITA L. STORMES
U.S. MAGISTRATE JUDGE

6-25-08

[signature]